1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE MANUEL MAGAÑA

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      ) NO. CR.S-12-236-JAM
                               )
            Plaintiff,         )
                               )    **STIPULATION AND ORDER;**
     v.                        )    **CONTINUING STATUS CONFERENCE**
                               )         **AND EXCLUDING TIME**
JOSE MANUEL MAGAÑA,            )
                               ) Date: September 18, 2012
            Defendant.         ) Time: 9:45 a.m.
_____) Judge: Hon. John A. Mendez

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES, Assistant United States Attorney, and CARO MARKS, attorney for JOSE MANUEL MAGAÑA, that the status conference hearing date of August 21, 2012 be vacated, and the matter be set for status conference on September 18, 2012 at 9:45 a.m.

     The reason for this continuance is to allow the defense additional time to prepare. New counsel will be substituting in at the end of August and will need time to become familiar with the case.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: August 15, 2012. | | Respectfully submitted, |
| | | DANIEL J. BRODERICK<br>Federal Public Defender |
| | | /s/ Courtney Fein for<br>CARO MARKS<br>Designated Counsel for Service<br>Attorney for Jose Manuel Magaña |
| DATED: August 15, 2012. | | BENJAMIN WAGNER<br>United States Attorney |
| | | /s/ Courtney Fein for<br>CHRISTOPHER HALES<br>Assistant U.S. Attorney |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 21, 2012, status conference hearing be continued to September 18, 2012 at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 18, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 8/15/2012                    /s/ John A. Mendez
                                    John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE